# Court of Appeals, State of Michigan

## ORDER

In re JJW and ELW Minors; In re Williams Minors

Docket Nos.  334095; 335932

LC Nos.  2015-837756-AM; 2012-000291-NA

David H. Sawyer
Presiding Judge

Henry William Saad

Michael J. Riordan
Judges

---

The Court orders that the June 8, 2017 opinion is hereby AMENDED to correct a clerical error.  On page thirteen, the first line after "E. BEST INTERESTS" is amended to read:  "HAW, the Tribe, and the guardian ad litem all argue on appeal that, even if the."

In all other respects, the June 8, 2017 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

AUG 14 2017
Date

Chief Clerk